1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

RONALD BENNETT,

Case No. 19-cv-05805-SI

8

Plaintiff,

9

v.

**ORDER TO SHOW CAUSE**

10

COMMISSIONER OF SOCIAL
SECURITY,

11
12

Defendant.

13

14      On September 17, 2019, plaintiff Ronald Bennett, who is represented by counsel, filed this

15 case to appeal the denial of his application for Social Security Disability Insurance and

16 Supplemental Security Income. Dkt. No. 1. Plaintiff also attached to the complaint an application

17 to proceed without prepayment of the court filing fees. *See* Dkt. No. 1-2. The Clerk's Office

18 instructed plaintiff that applications to proceed without prepayment of fees must be filed separately

19 from the complaint, and plaintiff re-filed his application on September 22, 2019. Dkt. No. 4. On

20 September 25, 2019, the Clerk's Office issued a notice that plaintiff had used an outdated application

21 to proceed in forma pauperis ("IFP") and instructed plaintiff to use the form located on this District's

22 website at https://www.cand.uscourts.gov/civilforms. On October 4, 2019, the Clerk's Office again

23 contacted plaintiff's counsel about re-filing the application with the correct form.

24      There are several problems with the IFP application that plaintiff filed. First, plaintiff used

25 an outdated form, AO 240 (**Rev. 12/03**). *See* Dkt. No. 4 (emphasis added). Second, by failing to

26 use the form on this District's website, plaintiff omitted information that this District requires, such

27 as his gross salary, whether he is married, and what his monthly expenses are. The Court cannot

28 rule on plaintiff's application until it has more complete information regarding plaintiff's finances.

1    As of the date of this Order, plaintiff has filed nothing further on the docket and has not

2    responded to the Court's inquiries.

3    Accordingly, **plaintiff is ORDERED TO SHOW CAUSE why his application to proceed**

4    **IFP should not be denied.  Plaintiff may show cause by filing a new, complete IFP application,**

5    **using the form available on this District's website, <u>no later than October 24, 2019</u>.**  Failure to

6    file a full IFP application using the appropriate form by October 24, 2019, will result in the Court

7    denying plaintiff's application and ordering that plaintiff pay the court filing fee.

8

9    **IT IS SO ORDERED**.

10   Dated: October 10, 2019

11   _____

     SUSAN ILLSTON

12   United States District Judge