UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 19-cv-05805-SI<br><br>**ORDER OF DISMISSAL** |

On October 10, 2019, the Court determined that it could not rule on plaintiff's application to proceed in forma pauperis ("IFP") until it had more complete information regarding plaintiff's finances. *See* Dkt. No. 5. As such, plaintiff was ordered to show cause why his application to proceed IFP should not be denied and instructed that plaintiff may show cause by filing a new, complete IFP application, using the form available on this District's website, no later than October 24, 2019. *Id.* On October 25, 2019, because plaintiff failed to file a correct, complete IFP application, the Court denied plaintiff's application and ordered that he pay the filing fee of $400.00 no later than November 15, 2019, and cautioning him that failure to pay the filing fee would result in dismissal without prejudice. Dkt. No. 6. Plaintiff did not pay the filing fee, and the deadline to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice.

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 19, 2019

SUSAN ILLSTON
United States District Judge