UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD BENNETT,

         Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 19-cv-05805-SI

**JUDGMENT**

    This action has been dismissed without prejudice for failure to pay the filing fee. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADUDGED**.

Dated: December 19, 2019

_____
SUSAN ILLSTON
United States District Judge